UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CHRISTOPHER K. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:21-CV-142-TAV-DCP |
| | ) | |
| CHRIS PROFFIT, | ) | |
| JEFFERSON COUNTY JAIL, | ) | |
| JEFFERSON COUNTY | ) | |
| SHERIFF'S OFFICE, | ) | |
| CHIEF BALANGER, | ) | |
| CAPTAIN OAKES, | ) | |
| SHERIFF COFFEE, and | ) | |
| BRICE HOLLOWMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion and order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum opinion and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT

2

Case 3:21-cv-00142-TAV-DCP   Document 7   Filed 05/14/21   Page 2 of 2   PageID #: 36